| 1. Person Reporting (last name, first, middle initial)<br><br>Weis, Joseph F. | 2. Court or Organization<br><br>COURT OF APPEALS | 3. Date of Report<br><br>04/29/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SR CIRCUIT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>513 U.S. COURTHOUSE<br>PITTSBURGH, PA 15219-2403 |
|---|

| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* |
|---|

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weis, Joseph F. | 04/29/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weis, Joseph F. | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab AMT Tax-Free Money Fund X | A | Dividend | M | T | Donated (part) | 12/18/12 | L | | |
| 2. Schwab AMT Tax-Free Money Fund X | | | | | Donated (part) | 12/19/12 | L | | |
| 3. Artisan Mid Cap Mutual Fund | B | Dividend | K | T | Sold (part) | 02/24/12 | J | C | |
| 4. Clipper Mutual Fund | A | Dividend | K | T | | | | | |
| 5. FMI Large Cap Mutual Fund | B | Dividend | L | T | | | | | |
| 6. FPA Capital Mutual Fund | C | Dividend | K | T | Sold (part) | 02/24/12 | J | B | |
| 7. First Eagle Overseas A Mutual Fund | B | Dividend | K | T | | | | | |
| 8. Harbor International Institutional Mutual Fund | B | Dividend | L | T | | | | | |
| 9. Longleaf Partners Mutual Fund | D | Dividend | L | T | | | | | |
| 10. Longleaf Partners Small-Cap Mutual Fund | C | Dividend | L | T | | | | | |
| 11. Oakmark International Mutual Fund | A | Dividend | K | T | Sold (part) | 02/24/12 | J | A | |
| 12. Oakmark Select Mutual Fund | C | Dividend | K | T | | | | | |
| 13. Selected American Shares S Mutual Fund | C | Dividend | L | T | | | | | |
| 14. TCW Select Equities Mutual Fund | A | Dividend | K | T | | | | | |
| 15. Thornburg International Value A Mutual Fund | A | Dividend | K | T | | | | | |
| 16. Thornburg International Value I Mutual Fund | A | Dividend | K | T | | | | | |
| 17. Vanguard Energy Mutual Fund | A | Dividend | K | T | Sold (part) | 02/24/12 | K | D | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Westport Select Cap R Mutual Fund | D | Dividend | K | T | Sold (part) | 02/24/12 | J | A | |
| 19. DoubleLine Total Return Bond N Mutual Fund | A | Dividend | J | T | Buy | 07/27/12 | K | | |
| 20. DoubleLine Total Return Bond N Mutual Fund X | | | | | Donated (part) | 12/18/12 | J | | |
| 21. DoubleLine Total Return Bond N Mutual Fund X | | | | | Donated (part) | 12/19/12 | J | | |
| 22. FPA New Income Mutual Fund | D | Dividend | | | Buy (add'l) | 5/2/12 | K | | |
| 23. FPA New Income Mutual Fund | | | | | Sold | 12/7/12 | N | A | |
| 24. Loomis Sayles Bond I Mutual Fund X | C | Dividend | K | T | Donated (part) | 12/18/12 | K | | |
| 25. Loomis Sayles Bond I Mutual Fund X | | | | | Donated (part) | 12/19/12 | K | | |
| 26. PIMCO Low Duration I Mutual Fund | D | Dividend | L | T | Buy (add'l) | 5/2/12 | K | | |
| 27. PIMCO Low Duration I Mutual Fund | | | | | Sold (part) | 7/26/12 | K | A | |
| 28. PIMCO Low Duration I Mutual Fund X | | | | | Donated (part) | 12/18/12 | L | | |
| 29. PIMCO Low Duration I Mutual Fund X | | | | | Donated (part) | 12/19/12 | L | | |
| 30. PIMCO Total Return I Mutual Fund X | B | Dividend | J | T | Donated (part) | 12/18/12 | J | | |
| 31. PIMCO Total Return I Mutual Fund X | | | | | Donated (part) | 12/19/12 | J | | |
| 32. First Eagle Overseas A Mutual Fund (IRA) | A | Dividend | J | T | Sold (part) | 12/18/12 | J | A | |
| 33. Oakmark Select Mutual Fund (IRA) | A | Dividend | | | Sold (part) | 3/7/12 | J | A | |
| 34. Oakmark Select Mutual Fund (IRA) X | | | | | Donated | 5/22/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weis, Joseph F. | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TCW Select Equities N Mutual Fund (IRA) X | A | Dividend | J | T | Donated (part) | 5/22/12 | J | | |
| 36. Thornburg International Value I Mutual Fund (IRA) | A | Dividend | K | T | | | | | |
| 37. Westport Select Cap R Mutual Fund (IRA) | A | Dividend | J | T | | | | | |
| 38. FPA New Income Mutual Fund (IRA) X | A | Dividend | | | Donated | 5/22/12 | J | | |
| 39. Loomis Sayles Bond R Mutual Fund (IRA) X | A | Dividend | | | Donated | 5/22/12 | K | | |
| 40. PIMCO Low Duration Mutual Fund (IRA) X | A | Dividend | | | Donated | 5/22/12 | J | | |
| 41. Mellon Bank Account | A | Interest | J | T | | | | | |
| 42. Mellon Bank CD | A | Interest | J | T | | | | | |
| 43. National City Checking | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weis, Joseph F. | 04/29/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Items 1-40 in Part VII are held in accounts at Charles Schwab & Co.

Items in Part VII marked with an "X" in Column A, and noted "Donated" and "Donated (part)" in column d,1 are gifts/inheritance transfers                  While these transactions are not required to be reported, the information is provided so that the change in market value is understood from the prior reporting period.

| Name of Person Reporting | Date of Report |
|---|---|
| Weis, Joseph F. | 04/29/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Joseph F. Weis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544